

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00151-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302
Honorable Mary D. Roman, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Jason Pulliam, Justice

Delivered and Filed:  June 1, 2016

DISMISSED FOR LACK OF JURISDICTION

From our initial review of the record it appeared that appellant attempts to appeal in two separate and distinct criminal actions against him. The first action arises from a criminal proceeding in Bexar County, in which appellant is represented by counsel and there is no final judgment or appealable order. The second action arises from a criminal proceeding in federal court in the Western District of Texas. It appears this court lacks jurisdiction in both actions reflected in the notice of appeal.

Therefore, we ordered appellant to show cause in writing by April 18, 2016, why this appeal should not be dismissed for lack of jurisdiction. On May 12, 2016, appellant filed a pro se response. Appellant does not explain in his response the basis for this court's jurisdiction over the federal-court proceeding. Appellant does not provide basis to assert appellate jurisdiction in this case or assert a final judgment has been entered.

Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

DO NOT PUBLISH